FORM B6A
(10/05)

In re:   **Scott M Goldstein** _____,

          **Debtor**

Case No. _____

                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **16989 Kernwood Road, East Lansing, MI  48823** | | | **$1,150,000.00** | **$1,176,000.00** |
| **3503 Autumnwood, Okemos, MI  48864** | **Fee Owner** | | **$ 575,000.00** | **$ 575,000.00** |
| | **Total** ➤ | | **$1,725,000.00** | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  **Scott M Goldstein**_____,    Case No. _____
                         Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance Policy - No Surrender Value - Term-Life | H | 0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | MESP - Jonathan Goldstein (son) | H | 11,741.00 |
| | | | | |

Form B6B-Cont.
(10/05)

In re  **Scott M Goldstein** _____,    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | **MESP - Josephine Goldstein (daughter)** | H | 26,000.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **John Hancock Retirement** | H | 6,700.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| | | | | |

Form B6B-Cont.
(10/05)

In re   **Scott M Goldstein** _____,        Case No. _____
                    Debtor                                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____2_____   continuation sheets attached                Total  >      **$ 44,441.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

In re   **Scott M Goldstein** _____    Case No. _____
                        Debtor                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $125,000.
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **John Hancock Retirement** | 11 USC § 522(d)(3) | 0.00 | 6,700.00 |
| | 11 USC § 522(d)(12) | 0.00 | |
| | 11 USC § 522(d)(5) | 0.00 | |
| | 11 USC § 522(d)(11)(E) | 0.00 | |
| | 11 USC § 522(d)(4) | 0.00 | |
| | 11 USC § 522(d)(7) | 0.00 | |
| | 11 USC § 522(d)(11)(C) | 0.00 | |
| | 11 USC § 522(d)(8) | 0.00 | |
| | 11 USC § 522(d)(2) | 0.00 | |
| | 11 USC § 522(d)(10)(A) | 0.00 | |
| | 11 USC § 522(d)(10)(E) | 0.00 | |
| | 11 USC § 522(d)(1) | 0.00 | |
| **Life Insurance Policy - No Surrender Value - Term-Life** | 11 USC § 522(d)(11)(C) | 0.00 | 0.00 |
| | 11 USC § 522(d)(8) | 0.00 | |
| | 11 USC § 522(d)(7) | 0.00 | |
| **MESP - Jonathan Goldstein (son)** | 11 USC § 522(d)(11)(C) | 0.00 | 11,741.00 |
| | 11 USC § 522(d)(11)(E) | 0.00 | |
| | 11 USC § 522(d)(5) | 0.00 | |
| | 11 USC § 522(d)(1) | 11,741.00 | |
| | 11 USC § 522(d)(3) | 0.00 | |
| | 11 USC § 522(d)(7) | 0.00 | |
| | 11 USC § 522(d)(8) | 0.00 | |
| | 11 USC § 522(d)(2) | 0.00 | |
| | 11 USC § 522(d)(12) | 0.00 | |
| | 11 USC § 522(d)(4) | 0.00 | |
| **MESP - Josephine Goldstein (daughter)** | 11 USC § 522(d)(11)(D) | 0.00 | 26,000.00 |
| | 11 USC § 522(d)(2) | 0.00 | |
| | 11 USC § 522(d)(8) | 8,216.00 | |
| | 11 USC § 522(d)(4) | 1,225.00 | |
| | 11 USC § 522(d)(3) | 9,850.00 | |
| | 11 USC § 522(d)(1) | 6,709.00 | |
| | 11 USC § 522(d)(5) | 0.00 | |

Official Form 6D (10/06)

In re  Scott M Goldstein _____,   Case No. _____
                    Debtor                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Loan No.: 606356<br>1st Source Bank<br>PO Box 1602<br>South Bend, IN 46634 | | | Complaint<br>VALUE $0.00 | | | | 33,000.00 | 0.00 |
| ACCOUNT NO. Loan No.: 606285<br>1st Source Bank<br>PO Box 1602<br>South Bend, IN 46634 | | | Complaint<br>VALUE $0.00 | | | | 315,000.00 | 0.00 |
| ACCOUNT NO. 3715-453173-63005<br>American Express<br>PO Box 981535<br>El Paso, TX 79998 | | | VALUE $0.00 | | | | 20,000.00 | 0.00 |
| ACCOUNT NO. 3717-552562-72006<br>American Express<br>PO Box 981535<br>El Paso, TX 79998 | | | VALUE $0.00 | | | | 10,500.00 | 0.00 |
| ACCOUNT NO. 200644300600000<br>AT & T Yellow Pages<br>5537 Glenwood Hills Pkwy<br>Grand Rapids, MI 49512 | | | Advertisement<br>VALUE $0.00 | | | | 84,301.83 | 0.00 |

<u>6</u>    continuation sheets attached

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| $ 462,801.83 | $ 0.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D (10/06) - Cont.

In re  Scott M Goldstein                                              ,    Case No.
                              **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Acct # 132609<br><br>AT&TYellowPages.com<br>c/o McCarthy, Burgess & Wolff<br>26000 Cannon Rd.<br>Cleveland, OH  44146 | | | Add in Yellow Pages<br><br>VALUE $0.00 | | | | 4,740.00 | 0.00 |
| ACCOUNT NO.  0030927313<br><br>Auroura Loan Services<br>10350 Park Meadow Dr.<br>Littletown, CO  80124 | | | Autumnwood<br><br>VALUE $0.00 | | | | 525,000.00 | 0.00 |
| ACCOUNT NO.  0033230681<br><br>Auroura Loan Services<br>10350 Park Meadow Dr.<br>Littletown, CO  80124 | | | 10963 M 43, Richland, MI<br><br>VALUE $0.00 | | | | 498,500.00 | 0.00 |
| ACCOUNT NO.  0033243742<br><br>Auroura Loan Services<br>10350 Park Meadow Dr.<br>Littletown, CO  80124 | | | 10963 M-43, Richland, MI<br><br>VALUE $0.00 | | | | 62,000.00 | 0.00 |
| ACCOUNT NO.  74923014321768<br><br>Bank of America<br>PO Box 15726<br>Wilmington, DE  19886-5726 | | | VALUE $0.00 | | | | 79,000.00 | 0.00 |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $  1,169,240.00 | $         0.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D (10/06) - Cont.

In re **Scott M Goldstein** _____ ,   Case No. _____

                      **Debtor**                                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4264-2828-6250-6638** <br><br> **Bank of America** <br> **PO Box 15726** <br> **Wilmington, DE  19886-5726** | | | _____ <br> VALUE $0.00 | | | | 26,000.00 | 0.00 |
| ACCOUNT NO.  **5474-1502-8203-9295** <br><br> **Bank of America / MBNA** <br> **PO Box 15726** <br> **Wilmington, DE  19886-5726** | | | GE Corp. Accts. <br> _____ <br> VALUE $0.00 | | | | 85,000.00 | 0.00 |
| ACCOUNT NO.  **507988** <br><br> **Bank of Holland** <br> **Team Financial** <br> **150 Central Ave** <br> **Holland, MI  49423** | | | Lease <br> _____ <br> VALUE $0.00 | | | | 53,000.00 | 0.00 |
| ACCOUNT NO.  **3289190** <br><br> **Capital One Auto Finance** <br> **PO Box 451409** <br> **Atlanta, GA  31145-9409** | | | Dodge Truck <br> _____ <br> VALUE $0.00 | | | | 23,000.00 | 0.00 |
| ACCOUNT NO.  **4003-4415-8450-3101** <br><br> **Capitol One** <br> **PO Box 60024** <br> **City of Industry, CA  91716** | | | _____ <br> VALUE $0.00 | | | | 7,500.00 | 0.00 |

Sheet no. _2_ of _6_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $    194,500.00 | $    0.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D (10/06) - Cont.

In re **Scott M Goldstein** _____,    Case No. _____
                              **Debtor**                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10610310160504** <br> **Chase Auto Finance** <br> PO Box 901076 <br> Fort Worth, TX  76101 | | | **Viper** <br> _____ <br> **VALUE $0.00** | | | | 25,000.00 | 0.00 |
| ACCOUNT NO. **Acct No.:  4266-8610-5360-7909** <br> **Chase Bank** <br> PO Box 94014 <br> Plalatine, IL  60094-4014 | | | _____ <br> **VALUE $0.00** | | | | 2,995.14 | 0.00 |
| ACCOUNT NO. **4640182027206592** <br> **Chase Bank USA** <br> PO Box 94014 <br> Palatine, IL  60094 | | | _____ <br> **VALUE $0.00** | | | | 26,000.00 | 0.00 |
| ACCOUNT NO. **5082290020802408** <br> **CitiBank** <br> Attn:  All Stage Unit <br> 7920 NW 110th St. <br> Kansas City, MO  64153 | | | _____ <br> **VALUE $0.00** | | | | 30,000.00 | 0.00 |
| ACCOUNT NO. **09417197** <br> **Countrywide Bank** <br> PO Box 650225 <br> Dallas, TX  75265 | | | **3503 Autumnwood, Okemos** <br> _____ <br> **VALUE $0.00** | | | | 150,000.00 | 0.00 |

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $    233,995.14 | $    0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D (10/06) - Cont.

In re **Scott M Goldstein** _____ ,    Case No. _____

　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Discover<br>PO Box 15251<br>Wilmington, DE  19886 | | | <br>VALUE $0.00 | | | | 31,000.00 | 0.00 |
| ACCOUNT NO.  **Obligor # 0905359287**<br><br>**Fifth Third Bank**<br>**1830 East Paris Ave.**<br>**Grand Rapids, MI  49546** | | | <br>VALUE $0.00 | | | | 73,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Forrer Supply Company, Inc.<br>W194  N11811  McCormick Dr.<br>PO Box 220<br>Germantown, WI  53022-0220 | | | <br>VALUE $0.00 | | | | 45,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Hillsdale Chrysler Dodge Jeep, Inc.<br>3080 W. Carleton Rd.<br>Hillsdale, MI  49242 | | | **Viper work**<br><br>VALUE $0.00 | | | | 9,000.00 | 0.00 |
| ACCOUNT NO.  **00004999412223600623**<br><br>HSBC<br>PO Box 5244<br>Carol Stream, IL  60197-5244 | | | <br>VALUE $0.00 | | | | 20,000.00 | 0.00 |

Sheet no. _4_ of _6_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $　178,000.00 | $　0.00 |
| $ | $ |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

Official Form 6D (10/06) - Cont.

In re  Scott M Goldstein                                          Case No. _____
                          Debtor                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Loan #:  701806440<br>Irwin Union Bank and Trust Company<br>2502 Lake Lansing Road<br>Suite A<br>Lansing, MI  48912 | | | VALUE $0.00 | | | | 98,000.00 | 0.00 |
| ACCOUNT NO.<br>King & Castle, P.C.<br>212 East Grand River Ave.<br>Lansing, MI  48906 | | | atty bill from another corp<br>VALUE $0.00 | | | | 90,000.00 | 0.00 |
| ACCOUNT NO.  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-7<br>LaSalle Bank, Midwest<br>2600 W. Big Beaver Rd.<br>Troy, MI  48084 | | | Personal Line of Credit<br>VALUE $0.00 | | | | 152,000.00 | 0.00 |
| ACCOUNT NO.  Note No:  5500005880<br>LaSalle Bank, Midwest<br>2600 W. Big Beaver Rd.<br>Troy, MI  48084 | | | Complaint<br>VALUE $0.00 | | | | 43,200.00 | 0.00 |
| ACCOUNT NO.:  Note No.:  5500007158<br>LaSalle Bank, Midwest<br>2600 W. Big Beaver Rd.<br>Troy, MI  48084 | | | Complaint<br>VALUE $0.00 | | | | 74,000.00 | 0.00 |

Sheet no.  5 of  6 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | | |
|---|---|---|
| $ | 457,200.00 | $ | 0.00 |
| $ | | $ | |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D (10/06) - Cont.

In re **Scott M Goldstein** _____ ,    Case No. _____
                    **Debtor**                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Note No.: 550005427<br>LaSalle Bank, Midwest<br>2600 W. Big Beaver Rd.<br>Troy, MI  48084 | | | Complaint<br><br>VALUE $0.00 | | | | 150,000.00 | 0.00 |
| ACCOUNT NO.<br>North American Specialty Ins. Co.<br>1200 Arlington Heights Road<br>Suite 400<br>Itasca, IL  60143 | | | Bonding  + Indemnity<br><br>VALUE $0.00 | | | | 750,000.00 | 0.00 |
| ACCOUNT NO.<br>Wells Fargo<br>PO Box 98788<br>Las Vegas, NV  89193-8788 | | | VALUE $0.00 | | | | 11,000.00 | 0.00 |

Sheet no.  6  of  6  continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal   ≻
(Total of this page)

Total   ≻
(Use only on last page)

| $ | 911,000.00 | $ | 0.00 |
|---|---|---|---|
| $ | 3,606,736.97 | $ | 0.00 |

(Report also on Summary of   (If applicable, report
Schedules)                                also on Statistical
                                               Summary of Certain
                                               Liabilities and
                                               Related Data.)

**Official Form 6E (10/06)**

In re    **Scott M Goldstein**                                                          Case No. _____
                                   Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Official Form 6E (10/06) - Cont.

In re   **Scott M Goldstein**_____,          Case No. _____
                                        Debtor                                              (If known)

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2  continuation sheets attached**

Official Form 6E (10/06) - Cont.

In re    **Scott M Goldstein**                                    Case No. _____
                        Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page) | $    0.00 | $    0.00 | $    0.00

Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $    0.00 | | 

Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $    0.00 | $    0.00

Official Form 6F (10/06)

In re  **Scott M Goldstein** _____    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **Case No.: 1:06CV0836**<br><br>Dwayne Smith<br>1801 E. Willoughby<br>Holt, MI  48842 | | | 01/16/2007<br><br>**Indemnity dated June 13, 2005 - owed whatever portion of judgment awarded to him by Court** | | | X | unknown |
| ACCOUNT NO.    **Attorney fee agreement signe**<br><br>Thomas M. Keranen & Associates<br>6895 Telegraph Road<br>Bloomfield Hills, MI  48301 | | | | | | | 19,000.00 |
| ACCOUNT NO.    **Case No.: 1:06CV0836**<br><br>William Swendsen<br>11220 Laird Road<br>Brooklyn, MI  49230 | | | 01/16/2007<br><br>**Indemnity dated October 19, 2005 Owed whatever portion of judgment assigned to him by Court.** | | | X | unknown |

<u>0</u>   Continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal  ➤ | $ | 19,000.00 |
| Total  ➤ | $ | 19,000.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6G
(10/05)

In re:   **Scott M Goldstein**                                    ,        Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re:  **Scott M Goldstein**                              Case No. _____
_____,                                  (if known)
                          **Debtor**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Official Form 6I (10/06)

In re **Scott M Goldstein**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Wife** | **40** |
| | **Daughter** | **5** |
| | **Son** | **3** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Attorney** | **None** |
| Name of Employer | **Goldstein Law Offices, PLLC** | |
| How long employed | **14 Years** | |
| Address of Employer | **1690 Watertower Place, Suite 400 East Lansing, MI  48823** | |

Income: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 9,500.00 | $ 800.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 9,500.00 | $ 800.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 9,500.00 | $ 800.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (add amounts shown on lines 6 and 14) | $ 9,500.00 | $ 800.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 10,300.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

Official Form 6I (10/06) - Cont.

In re   **Scott M Goldstein**_____,      Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

<u>**NONE**</u>

Official Form 6J (10/06)

In re **Scott M Goldstein** _____,        Case No. _____
                                    **Debtor**                                        (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 8,863.40 |
|     a. Are real estate taxes included?    Yes _____ No ✓ | | |
|     b. Is property insurance included?    Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 350.00 |
|         b. Water and sewer | $ | 25.00 |
|         c. Telephone | $ | 100.00 |
|         d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 50.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | $ | 200.00 |
|         b. Life | $ | 0.00 |
|         c. Health | $ | 0.00 |
|         d. Auto | $ | 0.00 |
|         e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | $ | 0.00 |
|         b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,688.40 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 15 of Schedule I | $ | 10,300.00 |
|     b. Average monthly expenses from Line 18 above | $ | 10,688.40 |
|     c. Monthly net income (a. minus b.) | $ | -388.40 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re  **Scott M Goldstein**                              Case No.

Debtor.                                                  Chapter    **7**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor |
|---|---|
| Six months ago | $ **10,000.00** |
| Five months ago | $ **8,500.00** |
| Four months ago | $ **9,000.00** |
| Three months ago | $ **9,500.00** |
| Two months ago | $ **9,800.00** |
| Last month | $ **9,500.00** |
| Income from other sources | $ **0.00** |
| Total gross income for six months preceding filing | $ **56,300.00** |
| **Average Monthly Gross Income** | $ 9,383.33 |
| **Average Monthly Net Income** | $ 9,500.00 |

　　　　Attached are all payment advances received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: _6/25/07_

_____

**Scott M Goldstein**
Debtor

**UNITED STATES BANKRUPTCY COURT**
**Western District of Michigan**

In re:   **Scott M Goldstein**

Case No.  _____

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE:  <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:        $ _____

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

    2.  Gross Monthly Income:        $ _____ 0.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3.  Net Employee Payroll (Other Than Debtor) | $ _____ 0.00 |
| 4.  Payroll Taxes | _____ 0.00 |
| 5.  Unemployment Taxes | _____ 0.00 |
| 6.  Worker's Compensation | _____ 0.00 |
| 7.  Other Taxes | _____ 0.00 |
| 8.  Inventory Purchases (Including raw  materials) | _____ 0.00 |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | _____ 0.00 |
| 10.  Rent (Other than debtor's principal residence) | _____ 0.00 |
| 11.  Utilities | _____ 0.00 |
| 12.  Office Expenses and Supplies | _____ 0.00 |
| 13.  Repairs and Maintenance | _____ 0.00 |
| 14.  Vehicle Expenses | _____ 0.00 |
| 15.  Travel and Entertainment | _____ 0.00 |
| 16.  Equipment Rental and Leases | _____ 0.00 |
| 17.  Legal/Accounting/Other Professional Fees | _____ 0.00 |
| 18.  Insurance | _____ 0.00 |
| 19.  Employee Benefits (e.g., pension, medical, etc.) | _____ 0.00 |

  20.  Payments to Be Made Directly By Debtor to Secured Creditors For

       Pre-Petition Business Debts (Specify):

       **None**        _____

  21.  Other (Specify):

       **None**        _____

  22.  Total Monthly Expenses (Add items 3 - 21)        $ _____ 0.00

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $ _____ 0.00

Official Form 6 - Summary (10/06)

## United States Bankruptcy Court
## Western District of Michigan

In re  **Scott M Goldstein** _____,
                 Debtor

Case No. _____

Chapter    _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1,725,000.00 | | |
| B - Personal Property | YES | 3 | $ 44,441.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 7 | | $ 3,606,736.97 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 19,000.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 10,300.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 10,688.40 |
| TOTAL | | 22 | $ 1,769,441.00 | $ 3,625,736.97 | |

Official Form 6 - Statistical Summary (10/06)

## United States Bankruptcy Court
## Western District of Michigan

In re  **Scott M Goldstein**

_____,
Debtor

Case No. _____

Chapter **7**    _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

       If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

       ☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $0.00 |
| Average Expenses (from Schedule J, Line 18) | $0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $5,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $0.00 |

**Official Form 6 - Declaration (10/06)**

In re  Scott M Goldstein _____    Case No. _____

  Debtor                                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___6/25/07___                                      Signature: _____

                                                                            Scott M Goldstein

                                                                                          Debtor

                                                     [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.